# EXHIBIT 4

WILLIAM M. BERMAN, (SBN 190078)
BERMAN & RIEDEL, LLP
12264 EL CAMINO REAL, SUITE 300
SAN DIEGO, CA  92130
858-350-8855
Attorney for: NATIONAL FOOTBALL LEAGUE, ET AL.
Atty. File No.: PATRICK

SUPERIOR COURT OF CA., COUNTY OF LOS ANGELES

PLAINTIFF  : AARON PATRICK, AN INDIVIDUAL
DEFENDANT  : NATIONAL FOOTBALL LEAGUE, ET AL.

Case No. 22TRCV01260
**PROOF OF SERVICE OF SUMMONS**

Hearing date: March 15, 2023    Time : 08:30 AM    Dept./Div. :  M

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE; FIRST AMENDED COMPLAINT; AMENDMENT TO COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE HEARING

3. a. Party Served : NATIONAL FOOTBALL LEAGUE, A BUSINESS ENTITY
   b. Person served : NICOLE ROSS, PARALEGAL
      (W/F/36/5FT10/140LB/BLONDE)

4. Address where the party was served: 345 PARK AVENUE    7TH FLOOR
   NEW YORK, NY 10154   (Business)

5. I served the party
   b. **by substituted service.**  On February 3, 2023 at 01:02 PM I left the documents listed in item 2 with or in the presence of NICOLE ROSS, PARALEGAL
   (W/F/36/5FT10/140LB/BLONDE)
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: NATIONAL FOOTBALL LEAGUE, A BUSINESS ENTITY
      under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
   a. MICHAEL MARRA
   b. KNOX ATTORNEY SERVICE
      1550 HOTEL CIRCLE NORTH SUITE 440
      SAN DIEGO, CA 92108
   c. 619-233-9700

   d. Fee For Service : $ 235.25
   e. I am
      (3) not a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 2101634
         (iii) County:

8. I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Date : February 6, 2023

Signature: _Michael Marra_
MICHAEL MARRA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Ref. No.: 1638443-01

WILLIAM M. BERMAN, (SBN 190078)
BERMAN & RIEDEL, LLP
12264 EL CAMINO REAL, SUITE 300
SAN DIEGO, CA 92130
858-350-8855
Attorney for: NATIONAL FOOTBALL LEAGUE, ET AL.
Atty. File No.: PATRICK

SUPERIOR COURT OF CA., COUNTY OF LOS ANGELES

| | |
|---|---|
| PLAINTIFF : AARON PATRICK, AN INDIVIDUAL | Case No. 22TRCV01260 |
| DEFENDANT : NATIONAL FOOTBALL LEAGUE, ET AL. | **DECLARATION REGARDING DILIGENCE** |

Hearing date: March 15, 2023    Time: 08:30 AM    Dept./Div.: M

I received the within process on 02/02/23:

> SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE; FIRST AMENDED COMPLAINT; AMENDMENT TO COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE HEARING

After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party Served    : NATIONAL FOOTBALL LEAGUE, A BUSINESS ENTITY

Business        : 345 PARK AVENUE 7TH FLOOR
                  NEW YORK, NY 10154

Attempts to effect service are as follows:

02/03/23   01:02P    Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Date: February 6, 2023         Signature: _____
                                           MICHAEL MARRA

Jud. Coun. form, rule 2.150 CRC      **DECLARATION RE DILIGENCE**      Ref. No.: 1638443-01

WILLIAM M. BERMAN, (SBN 190078)
BERMAN & RIEDEL, LLP
12264 EL CAMINO REAL, SUITE 300
SAN DIEGO, CA 92130
858-350-8855
Attorney for: NATIONAL FOOTBALL LEAGUE, ET AL.
Atty. File No.: PATRICK

SUPERIOR COURT OF CA., COUNTY OF LOS ANGELES

| | |
|---|---|
| PLAINTIFF : AARON PATRICK, AN INDIVIDUAL | Case No. : : 22TRCV01260 |
| DEFENDANT : NATIONAL FOOTBALL LEAGUE, ET AL. | **DECLARATION OF MAILING** |

Hearing date: March 15, 2023     Time : 08:30 AM     Dept./Div. : M

RE:    NATIONAL FOOTBALL LEAGUE, A BUSINESS ENTITY

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over the age of eighteen years and not a party to this action. My business address is
**1550 HOTEL CIRCLE NORTH SUITE 440, SAN DIEGO, CA 92108.**

On February 3, 2023  I mailed the within documents:

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT UNLIMITED CIVIL CASE; ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE; FIRST AMENDED COMPLAINT; AMENDMENT TO COMPLAINT; NOTICE OF CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE HEARING

On the party in said action, by mailing a true copy thereof (by First-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

NATIONAL FOOTBALL LEAGUE, A BUSINESS ENTITY
345 PARK AVENUE         7TH FLOOR NEW YORK, NY  10154   (Business)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   February  8,  2023           at  SAN DIEGO,  California.

Signature:   _____
                              LUCA HOXENG

**DECLARATION OF MAILING**                                             Ref. No.:  1638443-01