1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11    AARON PATRICK; an individual,

Case No. CV 23-1069-DMG (SHKx)

12          Plaintiff,

13          vs.

**ORDER ON STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE [31]**

14

15    NATIONAL FOOTBALL LEAGUE, a
      business entity; STADCO LA, LLC d/b/a
16    SOFI STADIUM, a business entity;
      HOLLYWOOD PARK LAND
17    COMPANY, LLC, a business entity;
18    STOCKBRIDGE CAPITAL GROUP,
      LLC, a business entity; THE FLESHER
19    GROUP, a business entity, KROENKE
      SPORTS & ENTERTAINMENT
20    COMPANY, a business entity;
21    COMPANY, a business entity;
      CHARGERS FOOTBALL COMPANY,
22    LLC d/b/a THE LOS ANGELES
      CHARGERS, a business entity; MOE
23    "GREENHAT," an individual; ESPN, INC.,
24    a business entity; ROE MAT COMPANY,
25    a business entity; and DOES 1-40,
26    inclusive,
27
28          Defendants.

Based on the Parties' stipulation and for good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.      Defendants' STADCO LA, LLC (erroneously sued and served as STADCO LA, LLC d/b/a SOFI STADIUM); HOLLYWOOD PARK MANAGEMENT COMPANY, LLC (erroneously sued and served as HOLLYWOOD PARK LAND COMPANY, LLC); and PINCAY RE, LLC do not need to file and serve an Answer to Plaintiff's First Amended Complaint ("FAC") until five days after the Court issues a ruling on Plaintiff's Motion to Remand, currently scheduled for hearing on May 5, 2023.

2.      Based on representations from Defendants' counsel, Plaintiff has agreed to dismiss **without prejudice** from this matter defendants KROENKE SPORTS & ENTERTAINMENT COMPANY and STOCKBRIDGE CAPITAL GROUP, LLC on the grounds that these entities do not in any way lease, own, manage, control, and/or maintain the subject property and should not therefore be involved as defendant parties to this action.  Subject to the Court's approval, Plaintiff can bring back into this lawsuit these two entities if at any time during the course of the pending litigation it is determined that any of the dismissed entities are proper parties to this litigation, and without regard to any defenses of timeliness.

IT IS SO ORDERED.

DATED:  March 10, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-2-