

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

September 21, 2023

 Clerk, Los Angeles Superior Court, Southwest District 
 825 Maple Avenue 
 Torrance, CA 90503–5058 

Re:   Case Number:  _____2:23–cv–01069–DMG–SHK_____
      Previously Superior Court Case No.  _____22TRCV01260_____
      Case Name:  _____Aaron Patrick v. National Football League et al_____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on  _____9/21/2023_____, the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ *Grace Kami*_
    Deputy Clerk
    grace_kami@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

_____

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____          By: _____
Date                                   Deputy Clerk

G–17 (01/23)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT